142 So. 790

**Mrs. Henry C. SCHINDLER v. Mr. Henry C. SCHINDLER.**

No. 30949.

May 23, 1932.

Paul W. Maloney, of New Orleans, for appellant.

Joseph Lautenschlaeger, of New Orleans, for appellee.

O'NIELL, C. J.

The plaintiff has appealed from a judgment rejecting her demand for a separation from bed and board on the ground of cruel treatment. She testified to one instance of cruelty on the part of her husband, but he denied the charge. There was no other testimony offered by either of the parties. The judge who heard their testimony found the facts to be in favor of the defendant; and, having read the testimony, we have come to the same conclusion.

The judgment is affirmed.